FILED

DEC 0 2 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. __5:19-CT-3358__

(To be filled out by Clerk's Office only)

Luis Antonio Rosado JR.

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number __1087392__

**COMPLAINT**

(*Pro Se* Prisoner)

-against-

Mr. Barnes    Mr. Riggs

_____

Mr. Flemmings    Mr. Joyner

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Luis Antonio Rosado Jr.
Name

1087392
Prisoner ID #

Maury Correctional Institution
Place of Detention

2568 Moore Rouse Rd.
Institutional Address

| Hookerton | NC | 28538 |
| City | State | Zip Code |

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Mr. Flemmings
Name

Superintenant
Current Job Title

2568 Moore Rouse Rd.
Current Work Address

Hookerton          NC          28538
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Mr. Riggs
Name

Unit manager
Current Job Title

2568 Moore Rouse Rd.
Current Work Address

Hookerton          NC,          28538
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3:  Mr. Barnes
Name

Sargent
Current Job Title

25168 Moore Rouse Rd.
Current Work Address

Hookerton          NC          28538
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4:  Mr. Joyner
Name

Sargent
Current Job Title

25168 Moore Rouse Rd.
Current Work Address

Hookerton          NC          28538
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: At Maury Correctional Lower Red staff Bathroom.

Date(s) of occurrence: 12/18/18 - 12/21/18

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

The Staff members who partook in the Assault and torture was Sgt. Barnes, Sgt. Joyner, Unit manager Riggs, Officer Robinson, and Officer Johnson. Those are the staff members who assaulted me and tortured me too on 12-18-2018 around 3:00pm - 4:00pm, at around 4:00pm - 6:00pm an officer(s) was told to Pack my Property and Bring it down from Upper Red Unit F Block Cell 27 to Lower Red where the officer(s) failed to do So or file.

a Dc-160 and misplaced Certain items of My Property.

_____

_____

Who did what to you?

**What happened to you?**

On 12-18-2018 I was being escorted by the officers to Lower Red Bathroom and was punched, kicked and sprayed numerous times by the officers. After the assault / torture I did Request to see medical and was denied due to the fact SGt. Joyner said no. I requested medical treatment from 12-18-2018 - 12-21-2018 and was finally seen on 12-21-2018 the Black eyes and swollen Left ear was Documented By the 2 nurses on Staff that day. Also on 12-18-2018 when I was admitted to Gray Unit what officer I dont know Packed my Belongings and misplaced my Skull candy Headphones, my watch, New Pair of New Balances see attacha 6B

**When did it happen to you?**

The Assault / torture occured on 12-18-2018 at around 3:00pm - 4:00pm right around meal time. My Property was missing the same day any where from after the torture to 5:30 - 6:00pm which is Shift Change.

**Where did it happen to you?**

The incident took place on Lower Red Unit Staff Bathroom. I was originally on Upper Red Unit E Block Cell 27 and was escorted out for false Reasons. my old cell on Upper Red (E Block cell 27) to Ix front of SGT.'s office

The injuries I sustained was 2 Black eyes for 2 weeks, I could not walk for a week, and my vision and hearing was temporarily malfunctioning. I requested numerous times to see medical staff regarding treatment for my injuries and was denied. I suffer now from PTSD and have re occuring nightmares. I also had a swollen and Blackend ear (Left) and had trouble hearing correctly out of my lef ear. I can not trust staff regarding my safety and documented that on my grieveance forms. Also I Lost Items that was in my possessions and was not packed or filed with a DC-160.

**What was your injury?**

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?　☑ Yes　☐ No

　　　If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?　　　　　　　　　　　☑ Yes　☐ No

　　　If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Monetary damages, emotional / mental Damages,

Physical damages , also injunctions on Prison

as well

_____

_____

_____

_____

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?        ☐ Yes    ☑ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11/11/19
Dated

*Luis Antonio Rosado Jr.*
Plaintiff's Signature

Luis Antonio Rosado JR.
Printed Name

1087392
Prison Identification #

| 2568 Moore Rouse Rd. | Hookerton | NC | 28538 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |