IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-03358-BO

**Luis Antonio Rosado, Jr.**,

    Plaintiff,

v.

**Superintendent Flemings,** et al.,

    Defendants.

**Order**

Early last month, the court issued an order setting a pretrial conference on February 14, 2023, and requiring the parties to jointly prepare a proposed pretrial order in compliance with Local Civil Rule 16.1. *See* Order Setting Pretrial Conference, D.E. 91. The parties submitted their proposed pretrial order on February 7, 2023. *See* Proposed Order, D.E. 104. The court has reviewed the proposed pretrial order and finds that it does not comply with Local Rule 16.1 and the order setting the pretrial conference in the following ways:

- The parties have not identified what factual and legal issues, if any, the parties stipulate are involved in this case. Factual and legal issues are those issues which the court or the jury will need to resolve during the trial.

- Exhibits listed in the pretrial order are to be "sequentially numbered." Plaintiff's exhibits are currently listed with letters, not numbers.

- Each party must, to the extent known, provide the full name of each potential witness as well as an address that can be used for serving a subpoena on that witness. The current designations of "c/o NCDOJ" are only acceptable if the attorneys for the North Carolina Department of Justice are agreeing to accept service of a subpoena for each defendant.

- Any objections (evidentiary or otherwise) are to be included in the pretrial order. Objections stated elsewhere on the docket (such as those found at D.E. 100 and 103) may be disregarded and constitute a waiver of those objections. And if one party wishes to object to another's designation of pleadings and discovery materials, this must also be included in the pretrial order.
- The parties have not designated sections or lines of the pleadings and discovery materials they plan to use at trial.
- The proposed pretrial order is to be signed by all counsel of record. The proposed pretrial order does not comply with this requirement.
- The parties have not submitted a proposed verdict form as required by the order setting the final pretrial conference.

Prior to the final pretrial conference, counsel shall meet and confer to discuss and address these issues. The revised proposed pretrial order should be double spaced. Counsel must email a revised proposed pretrial order to Documents_USMJ_Numbers@nced.uscourts.gov no later than 3:00 p.m. on Monday, February 13, 2023.

In light of the shortcomings with the proposed pretrial order and ongoing issues with compliance with this court's orders by attorneys with the North Carolina Department of Justice's Public Safety Section, the court will decline to hold the final pretrial conference by telephone. Counsel should appear in person for the upcoming conference.

Dated: February 8, 2023

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge