IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CT-3358-BO

Luis Antonio Rosado Jr., )
)
Pro-se Plaintiff, )
)
v. ) NOTICE OF APPEAL
)
Joshua Barnes, Robinson, )
Larry Grier et, Al. )
)
Defendant(s). )

Notice is hereby given that Luis A. Rosado Jr. (your name), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and/or order entered in this action on March 24, 2023 (date final judgment and/or order was signed).

Date: 3/31/23

Signature: Luis A. Rosado Jr.
Printed Name: Luis A. Rosado Jr.
Address: 5150 Western Ave.
Morganton NC 28655

Case 5:19-ct-03358-BO   Document 130   Filed 04/05/23   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CT-3358-BO

Luis Antonio Rosado Jr., )
)
Pro se Plaintiff, )
)
v. ) DECLARATION OF INMATE FILING
)
Joshua Barnes, Robinson, )
Larry Grier, et,al., )
)
Defendant(s). )

I am an inmate confined in an institution. Today, 3/31/23 (insert date), I am depositing the Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Date: 3/31/23	Signature: Luis A. Rosado Jr.
Printed Name: Luis A. Rosado Jr.
Address: 5150 Western Ave.
Morganton NC 28655