United States District Court
For The Eastern District of North CAROLINA
Western Division
File No. 5:19-ct-3358-BO

| | |
|---|---|
| Luis Antonio Rosado, Jr. (Complaintant) <br> V. <br> Terrence W. Boyle (Respondent) | Complaint against Judge Terrence W. Boyle for Bias or Prejudice By Judge Boyle. |

Now Comes Complaintant Luis Antonio Rosado, Jr. a pro-se litigant. Mr. Rosado files with the United States District Court "Complaint against Judge Terrence W. Boyle for Bias or prejudice By Judge Boyle pursuant to 28 U.S.C.A. §144."

## BIAS OR PREJUDICE BY JUDGE TERRENCE W. BOYLE ON CASE 3358-BO

1) Plantiff filed Complaint Case No. 5:19-ct-3358-BO. During the Course of litigation the Defendants Cansel(s) + Defendants violated N.C.G.S.A §§ 14-209, 14-210. Plantiff went to Trial where the defendants Continued to perjur themselves on the record and plantiff filed a Rule 60(b) motion and also a Rule 9(b) motion, and Judge Terrence W. Boyle Continues to show Biasness and prejudice to Plantiff I have three Valid Claims

Page 1 of 3

and have shown good cause for the Granting of Plantiffs motions (Rule 60 + Rule 9(b) motions). yet I'm being denied justice and Terrence W. Boyle is allowing perjury, fraud, and Subornation of perjury, on to the record and is not holding the defense party responsible.
He even made claims to Case No. 5:24-Ct-3208-D when plantiff quoted NC GSA§ 84-13 fraudulent practice, The Case was dismissed without prejudice and plantiff refiled it is Case No. 5-25-Ct-3183-D which is still pending Response from the Court.
For if the Courts review the Rule 60 + Rule 9 motion it is clear that the defendants Committed perjury and Counsel(s) Suborned perjury, and Terrence Boyle is showing Prejudice towards plantiff and favoritism towards Defendants.
This is a clear violation of Canon 1 of the Judicial Standards, and I believe Canon 3.
Executed at Marion Correctional Institutional on November 14, 2025.

sincerly,

Luis A. Rosado Jr.
#1087392

## Declaration

I declare under penalty of perjury that the foregoing stated herein to be True and Correct to the best of my ability even

to those Stated upon facts and belief believe them to be True.
Executed at Marion Correctional Institution on November 14, 2025.

Sincerly,

Luis Antonio Rosado Jr.
#1087392
355 Old Glenwood Rd.
Marion NC 28752